IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff,

  v.

M. SEPULVEDA and DARRIN BRIGHT,

    Defendants.

Case No.: C 14-1157CW (PR)

ORDER DIRECTING ALL PARTIES TO NOTIFY COURT OF CONSENT OR DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

No later than <u>thirty</u> days from the date of this Order, all parties shall consent **OR** decline to proceed before a United States Magistrate Judge by signing and returning this notice to the Court.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**PLAINTIFF:**

Plaintiff consents to the assignment of a United States Magistrate Judge.

Dated: _____     Signature: _____

**DEFENDANT(S):**

All Defendants consent to the assignment of a United States Magistrate Judge.

```
Dated: _____        Signature: _____
                                      (Defendant(s)' Counsel)
```

**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**PLAINTIFF:**

Plaintiff declines to consent to the assignment of this case to a United States Magistrate Judge.

```
Dated: _____        Signature: _____
```

**DEFENDANT(S):**

One or more Defendants decline to consent to the assignment of this case to a United States Magistrate Judge.

```
Dated: _____        Signature: _____
                                      (Defendant(s)' Counsel)
```

IT IS SO ORDERED.

Dated: 6/12/2014

_____
CLAUDIA WILKEN
United States District Judge