UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS, | Case No. 14-01157 CW |
| Plaintiff, | |
| v. | JUDGMENT |
| M. SEPULVEDA, et al., | |
| Defendants. | |

Pursuant to the Court's Order of today's date dismissing the present action, a judgment of DISMISSAL without prejudice to filing a paid complaint is hereby entered.

The Clerk of the Court shall close the file.

IT IS SO ORDERED

Dated: October 23, 2014

_____
CLAUDIA WILKEN
United States District Judge